UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-21350 CIV-GRAHAM

EMILIO PINERO,

    Plaintiff
v.

JUMBO BUFFET, INC.,

    Defendant/Third Party Plaintiff,
v.

EQUITY ONE (FLORIDA PORTFOLIO), INC.,

    Third Party Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, EMILIO PINERO, and Defendant/Third Party Plaintiff, JUMBO BUFFET, INC. and Third Party Defendant, EQUITY ONE (FLORIDA PORTFOLIO), INC., pursuant to Rule 41(a)(1), Fed. R. Civ. P., stipulate and agree that this action is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

Dated: December 11, 2009.

| LAUREN WASSENBERG., P.A. | CONROY, SIMBERG, et al, P.A. | GREENSPOON MARDER, P.A. |
|---|---|---|
| *Attorney for Emilio Pinero (Plaintiff)* | *Attorneys for Jumbo Buffet, Inc. (Defendant/Third Party Plaintiff)* | *Attorneys for Equity One (Florida Portfolio), Inc. (Third Party Defendant)* |
| 429 Lenox Avenue, Suite 4W23 | 3440 Hollywood Blvd. | 100 W. Cypress Creek Road, # 700 |
| Miami Beach, FL 33139 | Second Floor | Ft. Lauderdale, FL 33309 |
| Tel.: (305) 537-3723 | Hollywood, FL 33021 | Phone: (954) 491-1120 |
| By: s/Lauren Wassenberg | By: s/Carlos Cabrera | Fax: (954) 267-8027 |
| Lauren Wassenberg, Esq. | Carlos D. Cabrera, Esq. | By: s/ Peter R. Siegel |
| Florida Bar No. 0034083 | Florida Bar No. 331650 | PETER R. SIEGEL |
| wassenbergl@gmail.com | CCabrera@conroysimberg.com | Florida Bar No. 988634 |
|  |  | Peter.Siegel@gmlaw.com |

G:\DOCS\LIT\23498\0001\STPDSM\47Z0459.DOC