UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-21350 CIV-GRAHAM

EMILIO PINERO,

    Plaintiff

v.

JUMBO BUFFET, INC.,

    Defendant/Third Party Plaintiff,

v.

EQUITY ONE (FLORIDA PORTFOLIO), INC.,

    Third Party Defendant.
_____/

## ORDER APPROVING STIPULATION FOR DISMISSAL WITH PREJUDICE

THIS CAUSE having come before the Court on the parties' Stipulation for Dismissal With Prejudice pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, and the Court having reviewed the Stipulation and being otherwise advised in the premises, it is therefore,

ORDERED and ADJUDGED that this action is dismissed with prejudice, including all claims that could have been raised in this action. Each party shall bear its own attorneys' fees and costs.

DONE AND ORDERED in Chambers at Miami-Dade County, Florida this 14th day of December, 2009.

                                    s/Donald L. Graham
                                    UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of record